1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIVORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND; and TRUSTEES OF THE INTERNATIONAL TRAINING FUND, <br><br>              Plaintiffs, <br><br>      vs. <br><br>INFINITY PLUMBING & MECHANICAL, INC., a California corporation; and STEVEN W HARTSHORN, an individual, <br><br>              Defendants. | CASE NO.:  SACV 09-0348 CJC (MLGx) <br><br>ASSIGNED TO THE HONORABLE CORMAC J. CARNEY <br><br>**AMENDED ~~PROPOSED~~ JUDGMENT** <br><br>[FED. R. CIV. P. 55(b)(2)] |

- 1 -
**AMENDED ~~PROPOSED~~ JUDGMENT**

289816.1

After full consideration of the evidence and authorities submitted by counsel, and for good cause shown:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiffs, Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund, Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund, Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund, Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of the Apprentice and Journeyman Training Trust Fund, Trustees of the Plumbers and Pipefitters National Pension Fund, and Trustees of the International Training Fund shall recover from defendants Infinity Plumbing & Mechanical, Inc., a California corporation, and Steven W. Hartshorn, an individual, jointly and severally, the principal amount of $14,821.84, attorney's fees of $9,125.00 and costs of $1,188.42, plus post-judgment interest as provided by law from the date of entry of the judgment herein.

Dated: March 22, 2010

UNITED STATES DISTRICT JUDGE